# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Michael A. Glick
To Call Writer Directly:
+1 202 389 5218
michael.glick@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

June 5, 2023

**Via ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

Re:   *Noriega v. Abbott Laboratories*, Case No. 1:23-cv-04014-PAE

Dear Judge Engelmayer:

I represent Defendant Abbott Laboratories in the above-captioned case. I write to respectfully request a 45-day extension of time to respond to Plaintiff's Complaint (the "Complaint"), filed on May 16, 2023. (Dkt. 7.) The current deadline for Defendant Abbott Laboratories' response is June 8, 2023.

Given that we were recently retained in this matter, we respectfully request a 45-day extension to respond to the Complaint, either by motion or answer, until Monday, July 24, 2023. No prior requests for extensions have been made, and no Scheduling Order has yet been entered in this case. Plaintiff has consented to this request for an extension.

Sincerely,

*/s/ Michael A. Glick*

Michael A. Glick

cc: All Counsel of Record

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   New York   Paris   Salt Lake City   Shanghai