# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>United States |  |
|---|---|---|
| Michael A. Glick<br>To Call Writer Directly:<br>+1 202 389 5218<br>michael.glick@kirkland.com | +1 202 389 5000<br><br>www.kirkland.com | Facsimile:<br>+1 202 389 5200 |

June 5, 2023

**Via ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

Re:   *Noriega v. Abbott Laboratories*, Case No. 1:23-cv-04014-PAE

Dear Judge Engelmayer:

I represent Defendant Abbott Laboratories in the above-captioned case. I write to respectfully request a 45-day extension of time to respond to Plaintiff's Complaint (the "Complaint"), filed on May 16, 2023. (Dkt. 7.) The current deadline for Defendant Abbott Laboratories' response is June 8, 2023.

Given that we were recently retained in this matter, we respectfully request a 45-day extension to respond to the Complaint, either by motion or answer, until Monday, July 24, 2023. No prior requests for extensions have been made, and no Scheduling Order has yet been entered in this case. Plaintiff has consented to this request for an extension.

Granted. SO ORDERED.

Sincerely,

*/s/ Michael A. Glick*

_____
PAUL A. ENGELMAYER
United States District Judge
June 7, 2023
cc: All Counsel of Record

Michael A. Glick