

2 Westchester Park Drive, Suite 410<br>
White Plains, NY 10604<br>
Tel: 914-331-0100<br>
Fax: 914-331-0105<br>
www.denleacarton.com

August 21, 2023

VIA ECF
Hon. Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

        Re: Noriega v. Abbott Laboratories
           <u>Case No. 1:23-cv-04014-PAE</u>

Dear Judge Engelmayer:

  We represent Plaintiff Joanne Noriega. I write on behalf of both parties to request approval of an extended briefing schedule with respect to Plaintiff Noriega's opposition to the motion to dismiss the Complaint. The parties have agreed that Plaintiff's time to file her opposition to the motion to dismiss of amendment of the Complaint pursuant to the Court's Individual Rule 3(B) be extended from August 21, 2023 to August 28, 2023 and Defendant's time to file a reply in support of its motion to dismiss (if Plaintiff does not amend the complaint) be extended from September 11, 2023, to September 25, 2023. This is the parties' third stipulated request for an order modifying deadlines, occasioned by a Covid contract, which adversely impacted staffing. *See* Dkt. No. 13 (granting the requested extension of time for Defendant to respond to the Complaint) and Dkt. No. 25 (granting the requested extension of time for Plaintiff to file an opposition to Defendant's motion to dismiss).

  We thank the Court for its consideration of this request for an extended briefing schedule.

                Respectfully submitted,

                DENLEA & CARTON LLP

                *James R. Denlea*

                James R. Denlea

Granted. SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge
August 21, 2023