UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOANNE NORIEGA,

       Plaintiff,

  -v-

ABBOTT LABORATORIES,

       Defendant.

23 Civ. 4014

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Yesterday, the Court held a pre-motion conference in anticipation of defendant's motions for summary judgment and to exclude plaintiff's experts. The Court set the following deadlines:

- The parties shall file a joint stipulation of facts by **December 17, 2025.**

- The defendant shall file its motion for summary judgment and associated *Daubert* motions by **January 13, 2026**.

- The plaintiff shall file its oppositions to defendant's motions, and any *Daubert* motion(s) of its own pertinent to the summary judgment motion, by **February 10, 2026.**

- The defendant shall file its replies in support of its summary judgment and *Daubert* motions, as well as any opposition to plaintiff's *Daubert* motion(s), by **March 3, 2026.**

- Plaintiff shall file any reply in support of its *Daubert* motion(s) by **March 17, 2026.**

- The parties shall file any omnibus motion to seal by **March 31, 2026.**

1

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 20, 2025
      New York, New York