UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE NORIEGA, *on behalf of herself and all others similarly situated*,

Plaintiff,

-v-

ABBOTT LABORATORIES,

Defendant.

23 Civ. 4014 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Argument on the motions to exclude expert testimony and for summary judgment is scheduled for this Thursday, April 30, 2026. As to the timing and format of that argument, the Court directs the following.

- The argument will begin promptly at **9:30 a.m.** and will end at **12:30 p.m**. It will take place in **Courtroom 1305** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.

- Counsel are free to use the courtroom's HDMI cords to display visuals during their presentations. Because counsel's electronic device requests did not seek WiFi access, counsel will <u>not</u> have access to WiFi in the courtroom. In the event counsel have prepared exhibits or a PowerPoint, counsel are to bring three hard copy sets for the Court and three for their adversary and to distribute these prior to 9:30 a.m. In the Court's experience, given the time limits for each segment of argument (see below) and the inevitability of questions from the Court, counsel are unlikely to make use during argument of lengthy materials.

- The argument will be organized as follows:

1

- o The Court will first hear argument on the motions by defendant Abbott Laboratories ("Abbott") to exclude the testimony of the expert witnesses proposed by plaintiff Joanne Noriega. This argument will last for a combined 40 minutes, with Abbott arguing first and Noriega second. There will not be rebuttal.

- o The Court will next hear argument on the motions by Noriega to exclude the testimony of Abbott's expert witnesses. This argument will last for a combined 40 minutes, with Noriega arguing first and Abbott second. There will not be rebuttal.

- o Following a brief comfort break, the Court will hear argument on Abbott's motion for summary judgment. Each side will be allocated half of the time remaining until 12:30 p.m. Abbott will argue first and Noriega second. Abbott may set aside, for rebuttal, a brief portion of its allocated time.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 28, 2026
       New York, New York

2