UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE NORIEGA, *on behalf of herself and all others similarly situated,*

Plaintiff,

-v-

ABBOTT LABORATORIES,

Defendant.

23 Civ. 4014 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received excerpts of the deposition testimony of plaintiff Joanne Noriega in connection with the motions to exclude expert testimony and for summary judgment. *See* Exs. 1, Q. In reviewing the motions, the Court has determined that it would benefit from the full transcript of Noriega's testimony. Accordingly, the Court directs defendant Abbott Laboratories to file such transcript on the docket by **Friday, May 8, 2026**.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2026
New York, New York