# KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Michael A. Glick, P.C.
To Call Writer Directly:
+1 202 389 5218
michael.glick@kirkland.com

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

May 8, 2026

**VIA CM/ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Noriega v. Abbott Laboratories*, Case No. 23-CV-4014 (PAE)

Dear Judge Engelmayer:

On May 6, 2026, the Court ordered Abbott Laboratories ("Abbott") to file the transcript of the deposition of Plaintiff Joanne Noriega on the docket by May 8, 2026. *See* Dkt. No. 127. Pursuant to the Court's Individual Rules & Practices in Civil Cases ¶ 4.B, the parties respectfully request permission to provisionally file the transcript under seal pending submission of a more narrowly tailored public version with proposed redactions, if the Court deems appropriate.

The parties have conferred regarding this issue. The transcript contains testimony concerning Plaintiff's minor grandson, including medical information and records, as well as other sensitive personal information, including Plaintiff's home address and employment history. *See J.L. ex rel. J.P. v. New York City Dep't of Educ.*, 2024 WL 291218, at *3 (S.D.N.Y. Jan. 25, 2024) (noting that courts "generally permit medical and other sensitive information of minors to remain under seal").

Accordingly, to timely comply with the Court's Order, the parties respectfully request permission to file the transcript under seal at this time. To the extent the Court deems necessary, the parties will promptly meet and confer regarding a publicly filed redacted version of the transcript containing only those redactions necessary to protect sensitive information.

We thank the Court for its consideration.

GRANTED. The Court thanks counsel for promptly filing the transcript. The Court will assess whether the transcript should remain under seal when the Court resolves the parties' joint omnibus motion to seal. *See* Dkt. 118.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Date: May 11, 2026

Respectfully,

*/s/ Michael A. Glick, P.C.*
_____
Michael A. Glick, P.C.