UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANNE NORIEGA,

                                Plaintiff,

          -v-

ABBOTT LABORATORIES,

                                Defendant.

23 Civ. 4014 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today issued a decision resolving the pending parties' *Daubert* and summary judgment motions. The Court further orders as follows.

First, the Court grants the parties' joint omnibus motion to seal or redact materials filed in connection with the *Daubert* and summary judgment motions. Dkt. 118. Sealing and redaction are warranted here because the materials at issue (1) reference medical records and other confidential information related to a minor child, and (2) contain Abbott's business information and internal market research. *See, e.g., In re B & C KB Holding GmbH*, No. 22 Misc. 180, 2023 WL 2021299, at *1 (S.D.N.Y. Feb. 14, 2023) ("courts in this District routinely permit parties to seal or redact commercially sensitive information in order to protect confidential business and financial information"); *J.L. on behalf of J.P. v. NYC Dep't of Educ.*, No. 17 Civ. 7150, 2024 WL 291218, at *3 (S.D.N.Y. Jan. 25, 2024) ("Courts also generally permit medical and other sensitive information of minors to remain under seal."). The Court's decision, which is publicly accessible in full, does make several very brief references to selected excerpts that were redacted

1

in the parties' submissions. The Court was careful to measure its words so as not to compromise medical privacy or commercially sensitive matters.[1]

Second, the Court directs the parties, by **June 15, 2026**, to file a joint letter on the docket as to proposed next steps, including a briefing schedule as to class certification. Also by **June 15, 2026**, Noriega is directed to file a revised pre-motion letter, not to exceed three pages, with respect to her anticipated motion for class certification. *See* Dkt. 71 (Noriega's Nov. 11, 2025 pre-motion letter). The letter should take into account the rulings in today's decision. Abbott's response, if any, is due **June 22, 2026**. Upon review of the letters, the Court will determine whether to set a briefing schedule, or whether first to convene a pre-motion conference.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 117.

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 4, 2026
      New York, New York

---

[1] On May 8, 2026, at the request of the Court, the parties filed the complete transcript of plaintiff Joanne Noriega's deposition testimony. Dkt. 129. The parties also filed a letter seeking to provisionally seal the transcript because it contains testimony related to Noriega's minor grandson's medical information and Noriega's address. Dkt. 128. The Court grants the parties leave to publicly file a redacted version of the transcript redacted to protect that information. To the extent that the parties seek to redact additional portions of Noriega's testimony, the Court directs them to file a letter on the docket so moving, in accord with the Court's Individual Rules on proposed sealing and redactions.