# KIRKLAND & ELLIS LLP

Michael A. Glick, P.C.
To Call Writer Directly:
+1 202 389 5218
michael.glick@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

October 8, 2026

Hon. Paul A. Engelmayer
U.S. District Court Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Noriega v. Abbott Laboratories*, Case No. 23-CV-4014 (PAE)

Dear Judge Engelmayer:

As Your Honor is aware, the parties are in the midst of class certification briefing, which will be complete when Plaintiff files her reply brief on November 10, 2026. The parties have conferred and respectfully request the Court's permission pursuant to Rule 4.B.2 of this Court's Individual Rules of Practice in Civil Cases to provisionally file materials under seal and then file an omnibus sealing motion on November 24, 2026 that collectively supports all sealing requests across the three class certification briefs—Plaintiff's opening brief, Abbott's response, and Plaintiff's reply—and their supporting materials.

The parties believe that provisionally filing materials under seal and then submitting an omnibus sealing motion two weeks after briefing is completed will be more efficient for both the Court and the parties. It will also track the approach that the parties requested, and the Court approved, during summary judgment and *Daubert* briefing. *See* Dkt. No. 75 (ordering the parties to file an omnibus motion to seal two weeks after the completion of summary judgment and *Daubert* briefing); Dkt. No. 133 (granting the parties' omnibus motion to seal). As before, the parties will closely review the materials they provisionally filed under seal and seek to narrow the redactions and number of exhibits that they seek the Court's permission to seal in the omnibus sealing motion. The parties agree that the sealing of exhibits for this briefing shall not restrict the use of those materials as evidence in any trial of this matter.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Michael A. Glick*
Michael A. Glick

GRANTED.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Date: October 8, 2026
New York, New York